1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TACOMA ELECTRIC SUPPLY, INC.,

          Plaintiff,

      vs.

AMERON INTERNATIONAL CORPORATION,

          Defendant.

NO. C10-5195KLS

STIPULATED MOTION & ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

        COME NOW the parties, and agree and stipulate that the above-entitled action has been fully compromised and settled, and that said action may be dismissed with prejudice and without costs.

        DATED this 12th day of July 2011.

GORDON THOMAS HONEYWELL LLP

By _/s/ Victor J. Torres_____
Victor J. Torres, WSBA No. 38781
vtorres@gth-law.com
Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP

By _/s/ Fred Burnside_____
Fred Burnside, WSBA No. 32491
fredburnside@dwt.com
Carly Summers, WSBA No. 42198
carlysummers@dwt.com
Attorneys for Def. Ameron Int'l Corp.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

THIS MATTER coming on before the above-entitled Court based on the foregoing stipulation, and the Court being advised in the premises, it is now therefore,

ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs.

DONE IN OPEN COURT this 13th day of July, 2011.

Karen L. Strombom
United States Magistrate Judge

GORDON THOMAS HONEYWELL LLP

By /s/ Victor J. Torres
Victor J. Torres, WSBA No. 38781
vtorres@gth-law.com
Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP

By /s/ Fred Burnside
Fred Burnside, WSBA No. 32491
fredburnside@dwt.com
Carly Summers, WSBA No. 42198
carlysummers@dwt.com
Attorneys for Def. Ameron Int'l Corp.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

# CERTIFICATE OF SERVICE

I, Patricia Y. Quantz, hereby certify that on July 12, 2011, I electronically filed the

following:

## STIPULATED MOTION AND ORDER FOR DISMISSAL WITHOUT COSTS

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Defendant:**

Fred Burnside
Carly Summers
Davis Wright Tremaine LLP
1201 3rd Ave., Suite 2200
Seattle, WA  98101-3045
(206) 757-8016
fredburnside@dwt.com
carlysummers@dwt.com

Dated this 12th day of July 2011.

  /s/Patricia Y. Quantz
pquantz@gth-law.com
Gordon Thomas Honeywell LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA  98402
(253) 620-6513/(253) 620-6565 fax

STIP. MTN. & ORDER FOR DISMISSAL W/O COSTS - 3 of 3
(C10-5195KLS)
[Tacoma Electric Supply v Ameron Int'l - Stipulated Motion and Order for Dismissal]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565